IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WHITE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 19-cv-02797 |
| vs. ) | |
| ) | Hon. Joan H. Lefkow |
| ) | |
| ILLINOIS STATE POLICE, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendants Illinois State Police, Brendan F. Kelly, Jessica Trame, Illinois Concealed Carry Licensing Review Board, Jeremy Margolis, Edward Bobrick, Stephen Dinwiddie, Joseph Duffy, Jon Johnson, Joseph Vaughn, and Frank Wright ("Defendants"), by and through their attorney, Kwame Raoul, Illinois Attorney General, move for a 7-day extension of time to December 13, 2019 to file their reply brief in support of their motion to dismiss. Plaintiffs do not oppose this motion. In support of their motion, defendants state as follows:

1.  Plaintiffs have filed a complaint alleging that the Illinois Firearm Concealed Carry Act violates the Second and Fourteenth Amendments.

2.  Defendants have moved to dismiss the complaint. (Dkt. No. 15) On October 18, 2019, plaintiffs filed a 25-page response brief. (Dkt. No. 23)

3.  Defendants' reply is due today. However, due to counsel's work schedule and case load, the need for internal and client review, and the complexity of the issues, defendants require an additional 7 days, to December 13, 2019, to file their reply.

4.	Counsel for plaintiffs, Gregory Bedell, has indicated that plaintiffs to not oppose this motion for an extension.

5.	No party will be prejudiced by this motion, and the motion is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, defendants respectfully request that the Court grant their motion, and that they be given a 7-day extension, to December 13, 2019, to file their reply in support of their motion to dismiss.

Dated:  December 6, 2019

KWAME RAOUL
Attorney General of Illinois

Respectfully submitted,

/s/ Michael T. Dierkes

Michael T. Dierkes
Office of the Illinois Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois  60601
(312) 814-3672

Counsel for Defendants