## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MICHAEL WHITE, et al.                )
                                     )
              Plaintiffs,          )
                                     )    Case No.:  19-cv-02797
     vs.                            )
                                     )    Hon. Joan H. Lefkow
                                     )
ILLINOIS STATE POLICE, et al.        )
                                     )
            Defendants.          )

### NOTICE OF MOTION

**TO:**  All Counsel of Record

**PLEASE TAKE NOTICE** that on **December 18, 2019 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan H. Lefkow or any judge sitting in her stead in Courtroom 2201 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **Defendants' Unopposed Second Motion for Extension of Time to File Reply Brief**, a copy of which has been filed and served concurrently with this Notice.

Dated:  December 6, 2019

                                    Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois          */s/ Michael T. Dierkes*

                                      Michael T. Dierkes
                                      Office of the Illinois Attorney General
                                      General Law Bureau
                                      100 West Randolph Street, 13th Floor
                                      Chicago, Illinois  60601
                                      (312) 814-3672

                                      Counsel for Defendants

1