IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael White and the Illinois State Rifle Association,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS STATE POLICE, ILLINOIS CONCEALED CARRY LICENSING REVIEW BOARD, BRENDAN KELLY, in his official capacity as Acting Director of the Illinois State Police, JESSICA TRAME, in her official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, JEREMY MARGOLIS, as Chair of the Illinois Concealed Carry Licensing Review Board, EDWARD BOBRICK, STEPHEN DINWIDDIE, JOSEPH DUFFY, JON JOHNSON, JOSEPH VAUGHN and FRANK WRIGHT,<br><br>Defendants. | Case No. 19 C 2797<br>Judge Joan H. Lefkow |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendants ILLINOIS STATE POLICE, ILLINOIS CONCEALED CARRY LICENSING REVIEW BOARD, BRENDAN KELLY, in his official capacity as Acting Director of the Illinois State Police, JESSICA TRAME, in her official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, JEREMY MARGOLIS, as Chair of the Illinois Concealed Carry Licensing Review Board, EDWARD BOBRICK, STEPHEN DINWIDDIE, JOSEPH DUFFY, JON JOHNSON, JOSEPH VAUGHN and FRANK WRIGHT
and against plaintiffs Michael White and the Illinois State Rifle Association
.
Defendants shall recover costs from plaintiffs.

☐     other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on a motion to dismiss.

Date:    8/28/2020                              Thomas G. Bruton, Clerk of Court

                                                            Amanda Scherer, Deputy Clerk