IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WHITE, and <br> ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> ILLINOIS STATE POLICE, BRENDAN F. KELLY, in his official capacity as Acting Director of the Illinois State Police, JESSICA TRAME, in her official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, ILLINOIS CONCEALED CARRY LICENSING REVIEW BOARD, JEREMY MARGOLIS, as Chair of the Illinois Concealed Carry Licensing Review Board, EDWARD BOBRICK, STEPHEN DINWIDDIE, JOSEPH DUFFY, JON JOHNSON, JOSEPH VAUGHN and FRANK WRIGHT, <br><br> Defendants. | Case No. 1:19 CV 2797 |

## NOTICE OF APPEAL

Plaintiffs, MICHAEL WHITE and ILLINOIS STATE RIFLE ASSOCIATION, do hereby appeal to the United States Court of Appeals for the Seventh Circuit from the opinion entered on August 28, 2020, that granted Defendants' Motion to Dismiss (Dkt. # 45) and the judgment of this Court in favor of Defendants, also entered on August 28, 2020 (Dkt. # 46).

Dated: September 23, 2020      By:   /s/ Gregory A. Bedell
                                    One of the Attorneys for Plaintiffs

Gregory A. Bedell (Atty. ID# 6189762)
Knabe, Kroning & Bedell
20 South Clark Street, Suite 2301
Chicago, Illinois 60603
312.977.9119
gbedell@kkbchicago.com

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

Attorneys for Plaintiffs

CERTIFICATE OF ATTORNEY AND
NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

    1.    On September 23, 2020, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system; and

    2.    Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to the best of his knowledge and belief, there are no non-CM?ECF participants in this matter.


                                                        /s/ Gregory A. Bedell
                                                        One of the attorneys for Plaintiffs


Gregory A. Bedell (Atty. ID# 6189762)
Knabe, Kroning & Bedell
20 South Clark Street, Suite 2301
Chicago, Illinois 60603
312.977.9119
gbedell@kkbchicago.com